AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| COFFMAN, JENNIFER B. | E.D. AND W.D./KY | 05/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (ACTIVE) | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

306 US COURTHOUSE
101 BARR STREET
LEXINGTON, KY 40588-2228

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | SELF-EMPLOYED DENTIST |
| 2. | 2011 | PEARSON JUSTICE AND COFFMAN LLC - EQUIPMENT LEASING |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RENTAL PROPERTY, _____ (HOPKINS COUNTY), KENTUCKY | C | Rent | | | Sold | 08/10/11 | K | E | Robert & Beverly Steckler |
| 2. KENTUCKY TAX FREE INCOME SERIES | A | Dividend | J | T | | | | | |
| 3. IRA #3 (CENTRAL BANK) | | | | | | | | | |
| 4. -CASH BALANCE IN IRA #3 | | None | | T | | | | | |
| 5. -COLUMBIA ACORN SMALL CAP FUND Z | A | Dividend | K | T | Sold (part) | 01/27/11 | J | A | |
| 6. -MATTHEWS PACIFIC TIGER | A | Dividend | K | T | | | | | |
| 7. -WILLIAMS SONOMA INC COM | A | Dividend | J | T | | | | | |
| 8. -GOLDMAN SACH FINCL SQUARE (Y) | | | | | | | | | |
| 9. -GSCI COMMODITY STRATEGY INST FUND | A | Dividend | J | T | Buy (add'l) | 01/27/11 | J | | |
| 10. -FEDERATED TOTAL RETURN BOND FUND | A | Dividend | J | T | Sold (part) | 01/18/11 | J | A | |
| 11. -SPDR GOLD TR | | None | | | Sold | 04/18/11 | J | | |
| 12. -SCHRODER EMERGING MARKET EQUITY FUND | A | Dividend | J | T | | | | | |
| 13. -T ROW PRICE MID CAP GROWTH FUND #47 | | None | K | T | Buy (add'l) | 01/27/11 | J | | |
| 14. -VANGUARD INDEX FDS REIT #986 | A | Dividend | K | T | Buy (add'l) | 01/31/11 | J | | |
| 15. | | | | | Buy (add'l) | 04/18/11 | J | | |
| 16. -FEDERATED MAX-CAP INDEX INSTITUTIONAL #39 | B | Dividend | L | T | Buy (add'l) | 01/27/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 17. | | | | | Sold (part) | 06/16/11 | J | A | |
| 18. -FEDERATED PRIME OBLIGATION MONEY MKT | A | Dividend | J | T | | | | | |
| 19. -FIDELITY ADVISOR FLOATING RATE HIGH INCOME | A | Dividend | J | T | Buy | 01/18/11 | J | | |
| 20. | | | | | Buy (add'l) | 01/27/11 | J | | |
| 21. -PANDORA MEDIA INC | | None | J | T | Buy | 06/21/11 | J | | |
| 22. | | | | | Buy (add'l) | 06/22/11 | J | | |
| 23. WESLEY COFFMAN DMD 401(K) PROFIT SHARING PLAN (CENTRAL BANK) | | | | | | | | | |
| 24. -CASH BALANCE IN WESLEY COFFMAN DMD 401(K) PSP CENTRAL BANK | | None | | T | | | | | |
| 25. -COLUMBIA ACORN SMALL CAP FUND Z | A | Dividend | J | T | Buy (add'l) | 01/21/11 | J | | |
| 26. | | | | | Sold (part) | 06/02/11 | J | A | |
| 27. | | | | | Sold (part) | 08/30/11 | J | | |
| 28. | | | | | Sold (part) | 09/30/11 | J | | |
| 29. -GOLDMAN SACHS FINCL SQUARE MONEY MARKET-PRINCPL (Y) | | | | | | | | | |
| 30. -MATT PACIFIC TIGER | A | Dividend | J | T | Sold (part) | 01/21/11 | J | | |
| 31. | | | | | Sold (part) | 03/02/11 | J | | |
| 32. | | | | | Sold (part) | 06/02/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 34. -FEDERATED TOTAL RETURN BOND FUND | D | Dividend | M | T | Sold (part) | 01/14/11 | K | A | |
| 35. | | | | | Sold (part) | 02/02/11 | J | | |
| 36. | | | | | Sold (part) | 03/02/11 | J | | |
| 37. | | | | | Sold (part) | 06/02/11 | J | A | |
| 38. | | | | | Sold (part) | 11/02/11 | J | A | |
| 39. | | | | | Sold (part) | 12/30/11 | J | A | |
| 40. -GSCI COMMODITY STRATEGY INST FUND | A | Dividend | J | T | Sold (part) | 09/30/11 | J | | |
| 41. -SPDR GOLD TR | | None | | | Sold | 04/13/11 | J | A | |
| 42. -SCHRODER EMERGING MARKET EQUITY FUND | A | Dividend | J | T | Sold (part) | 01/21/11 | J | | |
| 43. -T ROWE PRICE MID CAP GROWTH FUND #47 | A | Distribution | J | T | Sold (part) | 01/21/11 | J | A | |
| 44. | | | | | Sold (part) | 08/30/11 | J | | |
| 45. | | | | | Sold (part) | 09/30/11 | J | | |
| 46. -VANG INDEX REIT 986 | A | Dividend | J | T | Buy (add'l) | 01/21/11 | J | | |
| 47. | | | | | Buy (add'l) | 04/13/11 | J | | |
| 48. | | | | | Sold (part) | 06/02/11 | J | A | |
| 49. | | | | | Sold (part) | 08/30/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 51. -FEDERATED MAX-CAP INDEX INSTITUTIONAL #39 | B | Dividend | K | T | Sold (part) | 02/02/11 | J | A | |
| 52. | | | | | Sold (part) | 03/02/11 | J | A | |
| 53. | | | | | Sold (part) | 06/02/11 | J | A | |
| 54. | | | | | Sold (part) | 08/30/11 | J | | |
| 55. | | | | | Sold (part) | 09/30/11 | J | | |
| 56. | | | | | Sold (part) | 11/02/11 | J | | |
| 57. | | | | | Sold (part) | 12/30/11 | J | | |
| 58. -FEDERATED PRIME OBLIGATION MONEY MARKET | A | Dividend | J | T | | | | | |
| 59. -FIDELITY ADVISOR FLOATING RATE HIGH INCOME | B | Dividend | K | T | Buy | 01/14/11 | K | | |
| 60. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 61. | | | | | Sold (part) | 03/02/11 | J | A | |
| 62. | | | | | Sold (part) | 08/02/11 | J | | |
| 63. JP MORGAN CHASE ACCOUNT | A | Interest | J | T | | | | | |
| 64. RENTAL PROPERTY - LEXINGTON, KY | D | Rent | L | S | | | | | |
| 65. CITIZENS BANCORP OF HICKMAN - COMMON STOCK | A | Distribution | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ITEMS SOLD ON LINES 11,27,28,30,31,35,36,40,42,44,45,54,55,56,57,62 WERE SOLD AT A LOSS.

ITEM ON LINE 64 IS [                    ] THAT WAS RENTED IN 2011 AND HAS AN ASSESSED VALUE OF $85,000.

ITEM ON LINE 65 WAS CONVERTED TO AN S CORPORATION IN 2011. SINCE IT IS DIFFICULT TO ASSESS THE CURRENT MARKET VALUE OF THE INVESTMENT, THE VALUE HAS BEEN ESTIMATED AT THE END OF THE YEAR.

ITEMS ON LINES 8 AND 29 ARE MONEY MARKET FUNDS THAT WERE USED BY THE IRA TO STAGE DIVIDEND, INTEREST AND CONTRIBUTIONS RECEIPTS IN PRIOR YEARS. THE FUNDS HAD A ZERO BALANCE AT THE END OF 2010 AND 2011. NO TRANSACTIONS OCCURED WITH THE FUNDS IN 2011 AND ARE NO LONGER REPORTABLE.

ITEMS ON LINES 18 AND 58 ARE MONEY MARKET FUNDS THAT WERE USED BY THE IRA AS A CASH HOLDING ACCOUNT TO STAGE DIVIDEND, INTEREST AND CONTRIBUTION RECEIPTS, THEREFORE, NO TRANSACTIONS HAVE BEEN REPORTED.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544